ACCEPTED
05-16-00763-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 12:57 PM
LISA MATZ
CLERK

# LYNN PINKER COX HURST

DAVID COALE
*Partner*
*Board Certified - Civil Appellate Law*
*Texas Board of Legal Specialization*

D 214 292 3601
F 214 981 3839
dcoale@lynnllp.com

Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
**lynnllp.com**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 12:57:43 PM
LISA MATZ
Clerk

January 30, 2018

**VIA ELECTRONIC FILING**

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce St., Suite 200
Dallas, TX 75202

  Re: No. 05-16-00763-CV; *The Fan Expo, LLC v. National Football League, et al.*

Dear Ms. Matz:

  I write in response to the letter brief submitted by the NFL's counsel yesterday, and I would appreciate you forwarding this letter to the panel for tomorrow's argument.

  The *Hansen* case involved communications among "a web of organizations . . . all owned by Community Health Systems, Inc." Undisputed evidence showed that within that "web," an entity called "REAP" did "little more than hire and fire physicians," and received advice on "financial, operational, and quality" issues from another entity called "PSC." *Comm. Health Systems Prof. Servcs. v. Hansen*, 525 S.W.3d 671, 698-99 (Tex. 2017). Accordingly, the court correctly held that "the record does not reveal any factual dispute as to whether PSC had the legal right to provide input and advice to the REAP Board regarding the employment of physicians." *Id.* at 699.

  In sharp contrast, the NFL tried to conceal from scrutiny the CBA that its alleged rights are based upon. Just yesterday, this Court reversed a summary judgment for the defendant in *Medina v. Michelin North America*, reminding that "[a] motion for summary judgment must 'stand or fall on the grounds expressly presented in the motion.'" No. 05-

16-00794-CV, slip op. at 5 (quoting *McConnell v. Southside Indep. Sch. Dist.*, 858 S.W.2d 337, 341 (Tex. 2017)). The NFL's defective motion did not satisfy that standard.

Sincerely,

David S. Coale

DSC:kr

cc:     **VIA ELECTRONIC SERVICE**
        Counsel of Record